USCA1 Opinion

 

 [NOT FOR PUBLICATION] ____________________ No. 93-2156 EDWIN SANCHEZ, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ No. 93-2157 RAFAEL SANCHEZ, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ________________ APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ _________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Edwin Sanchez on brief pro se. _____________ Cheryl J. Sturm on brief for appellant Rafael Sanchez. _______________ Donald K. Stern, United States Attorney, and Heidi E. Brieger, ________________ ________________ Assistant United States Attorney, on brief for appellee. ____________________ November 29, 1994 ____________________ Per Curiam. The district court's denial of the __________ motions to vacate sentence under 28 U.S.C. 2255 filed by appellants Edwin and Rafael Sanchez is affirmed for the ________ reasons stated in the district court's September 14, 1993 memorandum and order. -2-